UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:26-cv-00292-SPG-PD | Date | June 29, 2026 |
|---|---|---|---|
| Title | Lamar Myers v. RBD California Restaurants Limited et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

Plaintiff Lamar Myers is ordered to show cause why Defendant Deborah Buffum, as Trustee of the Betty Buffom Trust ("Defendant Buffum"), should not be dismissed from the case for lack of prosecution. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion); Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). Upon stipulation of the parties, Defendant Buffum's deadline to respond to the Complaint was set for April 23, 2026. *See* (ECF No. 20). To date, however, no response to the complaint has been filed. Yet, Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).

Accordingly, the Court, on its own motion, orders Plaintiff to show cause, in writing, on or before July 9, 2026, why Defendant Buffum should not be dismissed for lack of prosecution. This matter will stand submitted upon the filing of Plaintiff's response. *See* Fed. R. Civ. P. 78. Failure to respond will be deemed consent to the dismissal of Defendant Buffum. Plaintiff can satisfy this order by seeking entry of default or by filing a notice of voluntary dismissal as to Defendant Buffum.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg